UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN LEE BOYINGTON,

    Petitioner,

v.                               Case No. 3:22-cv-824-LC-MJF

RICKY D. DIXON,

    Respondent.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 8, 2022. (Doc. 14). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I conclude that it should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 14), is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, Doc. 5, challenging the judgment of conviction and sentence in *State of Florida v. Kevin Lee Boyington*, Escambia County Circuit Court Case No. 2017-CF-4270, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court shall close this case file.

**DONE AND ORDERED** this 12th day of January, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**